IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SYLVESTER WILLIAMS                                                    PLAINTIFF

vs.                         Civil No. 06- 4005

MARK LEWIS                                                            DEFENDANT

### ORDER

Plaintiff has submitted for filing in this district a complaint pursuant to 42 U.S.C. § 1983, along with an *in forma pauperis* application. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process.[1] The United States District Clerk is hereby directed to file the complaint and *in forma pauperis* application.

IT IS SO ORDERED this 12th day of January 2006.

BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 13 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

---

[1] *Carney v. Houston*, 33 F.3d 893 (8th Cir. 1994); *Gentile v. Missouri Dept. of Corr. & Human Res.*, 986 F.2d 214 (8th Cir. 1993).

AO72A
(Rev. 8/82)