IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SYLVESTER WILLIAMS                                                          PLAINTIFF

vs.                            Civil No. 06- **4005**

MARK LEWIS                                                                  DEFENDANT

## O R D E R

Plaintiff has submitted for filing in this district a complaint pursuant to 42 U.S.C. § 1983,

along with an *in forma pauperis* application. We find the complaint should be provisionally filed

prior to a determination regarding plaintiff's status as a pauper and service of process.[1] The

United States District Clerk is hereby directed to file the complaint and *in forma pauperis*

application.

IT IS SO ORDERED this _12th_ day of January 2006.

_____
BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 13 2006

CHRIS R. JOHNSON, CLERK
BY        *cp*
DEPUTY CLERK

---

[1]*Carney v. Houston*, 33 F.3d 893 (8th Cir. 1994); *Gentile v. Missouri Dept. of Corr. & Human Res.*, 986 F.2d 214 (8th Cir. 1993).